# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MELISSA DELEON, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | Civil Action No. 2:23-cv-00158 |
| CITGO PETROLEUM CORPORATION A/K/A CITGO REFINING AND CHEMICAL COMPANY LP A/K/A 'CITGO REFINERY' A/K/A 'CITGO', | | |
| Defendant. | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Melissa DeLeon and Defendant CITGO Petroleum Corporation now file this joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and stipulate as follows:

All claims and defenses asserted by either party herein are hereby dismissed, with prejudice to refiling. Each party shall bear his or its own attorney's fees and costs. The parties intend that this dismissal be immediately effective without further Court order, as described in Rule 41(a)(1)(A) and other authority. *See e.g., Ramming v. Natural Gas Pipeline Co. of Am.,* 309 F.3d 366, 369 n.1 (5th Cir. 2004); *Meinecke v. H & R Block of Houston,* 66 F.3d 77, 82 (5th Cir. 1995) ("According to [Rule 41(a)(i)(A)(ii)], such stipulations take effect when *filed* and do not require an order of the Court.") (emphasis in original).

| | |
|---|---|
| Dated: June 12, 2024 | Respectfully submitted, |
|   /s/ Adam Poncio<br>Adam Poncio<br>Texas Bar No. 16109800<br>Southern District of Texas No. 194847<br>apponcio@ponciolaw.com<br>Alan Braun<br>Texas Bar No. 24054488<br>Southern District of Texas No. 1428056<br>abraun@ponciolaw.com<br>Poncio Law Offices, P.C.<br>5410 Fredericksburg Rd., Suite 109<br>San Antonio, Texas 78229-3550<br>Telephone: (210) 212-7979<br>Facsimile: (210) 212-5880<br><br>Chris McJunkin<br>Texas Bar No. 13686525<br>4510 Anthony St.<br>Corpus Christi, TX 78415<br>Telephone: (361) 882-5747<br>Facsimile: (361) 882-8926<br>cmcjunkin@stx.rr.com<br><br>*Attorneys for Plaintiff Melissa DeLeon* |   /s/ Joanne Bush<br>Joanne R. Bush<br>Texas Bar No. 24064983<br>Southern District of Texas No. 2175417<br>jrbush@jonesday.com<br>Savannah R. Melton<br>Texas Bar No. 24109923<br>Southern District of Texas No. 3608289<br>smelton@jonesday.com<br>Jones Day<br>717 Texas, Suite 3300<br>Houston, Texas 77002<br>Telephone: (832) 239-3782<br>Facsimile: (832) 239-3600<br>jrbush@jonesday.com<br><br>*Attorneys for Defendant CITGO Petroleum Corporation* |